FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D20-2455
_____

GLENN M. WRIGHT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.


September 22, 2021


PER CURIAM.

    In this appeal, the State agrees with the argument made by
Appellant Glenn Wright that his petition seeking electronic
records of his plea hearing should have been granted below. We
likewise conclude that if the electronic records sought by Wright
exist, then he is entitled to obtain a copy of them upon paying the
appropriate cost to produce them. Accordingly, we reverse and
remand.

    In 2019, Wright made a request to the Official Court Reporter
for any stenographic notes or electronic recordings of a change in
plea hearing in his criminal case. A few months later, Wright
sought relief from the trial court, alleging that "despite repeated
requests" the court reporter had not provided him with the records.

The trial court denied Wright's request citing the fact that he already possessed a copy of the official transcript.

Florida's Rules of Judicial Administration establish a broad policy of allowing public access to judicial branch records. Fla. R. Jud. Admin. 2.420(a). Records of the judicial branch include "electronic records, videotapes, or stenographic tapes of court proceedings." Fla. R. Jud. Admin. 2.420(b)(1)(A). In this case, Wright duly requested electronic records of his November 19, 2015 hearing so that he could check the accuracy of the transcript for alleged scrivener's omissions. We reverse in Wright's favor because he is entitled to such records to the extent that they exist. *See Morency v. State*, 223 So. 3d 439 (Fla. 5th DCA 2017) (finding the defendant entitled to any electronic recordings of his trial). Accordingly, we reverse and remand for further proceedings consistent with this opinion.

REVERSED and REMANDED

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Glenn M. Wright, pro se, Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.

2